```
                         United States Bankruptcy Court
                          Eastern District of New York

In re:                                                           Case No. 17-41239-nhl
Michelle Murrell Baker                                           Chapter 7
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0207-1         User: frandazzo          Page 1 of 1           Date Rcvd: Jun 01, 2017
                             Form ID: 227             Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
db             +Michelle Murrell Baker,    116-40 148th Street,    Jamaica, NY 11436-1321
smg             NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3719
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9006216        +Bayview Loan Servicing, LLC,    c/o Shapiro, DiCaro & Barak, LLC,   One Huntington Quadrangle,
                 Suite 3N05,   Melville, NY 11747-4468
8981903        +Federal National Mortage,    c/o Shapiro, Dicaro &,   Barak LLC,   175 Mile Crossing Blvd,
                 Rochester, NY 14624-6249
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BDJDOYAGA.COM Jun 01 2017 18:28:00      David J Doyaga,   26 Court Street,   Suite 1002,
                 Brooklyn, NY 11242-1110
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jun 01 2017 18:39:25
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,   PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 01 2017 18:38:45
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              David J Doyaga    david.doyaga.sr@gmail.com, NY98@ecfcbis.com,
              Freddie J Berg    on behalf of Debtor Michelle Murrell Baker fredjberglawoffice@gmail.com,
               berglawfirmllc@gmail.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Shari S Barak    on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for Federal
               National Mortgage Association sbarak@logs.com, NYBKCourt@logs.com
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Michelle Murrell Baker** | Social Security number or ITIN  **xxx–xx–3183** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | Date case filed for Chapter  **7: 3/16/17** |
| Case number:  **1–17–41239–nhl** | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 7 petition in bankruptcy on March 16, 2017, and an order having been signed by the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on May 31, 2017 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: June 1, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]